1 | STEVEN L. DERBY, ESQ. (SBN 148372)
DERBY, McGUINNESS & GOLDSMITH, LLP
2 | 1999 Harrison Street, Suite 1800
Oakland, CA 94612
3 | Telephone: (510) 987-8778
Facsimile: (510) 359-4414
4 | Email: info@dmglawfirm.com

5 | Attorneys for Plaintiff
ELMER FLOYD KEMP

6 |

7 | Kimberly A. Shields - 245326
KShields@mpbf.com
8 | Patrick A. Gillespie - 302456
PGillespie@MPBF.com
9 | MURPHY, PEARSON, BRADLEY & FEENEY
550 S. Hope Street, Suite 650
10 | Los Angeles, CA  90071
Telephone:     (213) 327-3500
11 | Facsimile:     (213) 627-2445

12 | Attorneys for Defendant
NATIONAL COMMISSION FOR CERTIFICATE
13 | OF CRANE OPERATORS, INC.

14 |

15 | **UNITED STATES DISTRICT COURT**

16 | **NORTHERN DISTRICT OF CALIFORNIA**

17 |

18 | ELMER FLOYD KEMP,

19 |                    Plaintiff,

20 |          v.

21 | NATIONAL COMMISSION FOR
CERTIFICATION OF CRANE OPERATORS,
22 | INC. and DOES 1-100,

23 |                    Defendants.

Case No.: 5:20-cv-04153

**JOINT STIPULATED FOR DISMISSAL OF CASE WITH PREJUDICE AND FOR THE COURT TO RETAIN JURISDICTION PURSUANT TO THE COURT ENFORCEABLE STIPULATION; AND [PROPOSED] ORDER TEHREON**

24 |

25 |

26 |                    STIPULATION

27 | The parties acting through counsel, and pursuant to Federal Rule of Civil Procedure

28 | 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the

- 1 -

1   Dismissal With Prejudice of the Complaint filed by Plaintiff with each party to bear its own attorney's

2   fees and costs subject to the order continuing jurisdiction to enforce the Court Enforceable Stipulation

3   for the Term Thereof. ECF Nos. 35, 36.

4

5       **IT IS SO STIPULATED.**

6

7   Dated: December 8, 2021

8                                                   DERBY, McGUINNESS & GOLDSMITH, LLP

9

10                                                  By /s/ Steven L. Derby
                                                       Steven L. Derby
11                                                     Attorneys for Plaintiff ELMER KEMP FLOYD

12
    Dated: December 8, 2021
13                                                  MURPHY, PEARSON, BRADLEY & FEENEY

14

15                                                  By /s/ Patrick Gillespie
                                                       Kimberly A. Shields
16                                                     Patrick A. Gillespie
                                                       Attorneys for Defendant
17                                                     NATIONAL COMMISSION FOR THE
                                                       CERTIFICATION OF CRANE OPERATORS, INC.
18

19

20                                  FILER'S ATTESTATION

21          Pursuant to Local Rules, I hereby attest that on December 8, 2021, I, Steven L. Derby, attorney

22   with Derby, McGuinness & Goldsmith, LLP received the concurrence of all counsel in the filing of

23   this document.

24

25                                                  /s/ Steven L. Derby
                                                    Steven L. Derby, Esq.
26                                                  DERBY, McGUINNESS & GOLDSMITH LLP

27

28

- 2 -

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELMER FLOYD KEMP,<br><br>        Plaintiff,<br><br>        v.<br><br>NATIONAL COMMISSION FOR CERTIFICATION OF CRANE OPERATORS, INC. and DOES 1-100,<br><br>        Defendants. | Case No.: 5:20-cv-04153<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE WITH CONTINUED JURISDICTION PURSUANT TO ECF NO. 36** |

**[PROPOSED] ORDER**

Upon mutual agreement of the parties, all claims against Defendant are dismissed with prejudice with each party to bear their own attorneys' fees, costs and litigation expenses, subject the Court's previous order of continuing jurisdiction to enforce the Court Enforceable Stipulation for the Term Thereof. ECF Nos. 35, 36.

    **IT IS SO ORDERED**

Dated: _____

                              _____

                              Honorable Virginia K. DeMarchi