- 3 -

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER FLOYD KEMP,<br><br>         Plaintiff,<br><br>    v.<br><br>NATIONAL COMMISSION FOR CERTIFICATION OF CRANE OPERATORS, INC. and DOES 1-100,<br><br>         Defendants. | Case No.: 5:20-cv-04153<br><br>[PROPOSED] ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE WITH CONTINUED JURISDICTION PURSUANT TO ECF NO. 36 |

## [PROPOSED] ORDER

Upon mutual agreement of the parties, all claims against Defendant are dismissed with prejudice with each party to bear their own attorneys' fees, costs and litigation expenses, subject the Court's previous order of continuing jurisdiction to enforce the Court Enforceable Stipulation for the Term Thereof. ECF Nos. 35, 36.

**IT IS SO ORDERED**

Dated: December 9, 2021

*Virginia K. DeMarchi*

Honorable Virginia K. DeMarchi